■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS S., Appellant. [953 NYS2d 179]— Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Manzanet-Daniels, JJ.